DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRIS LITTLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-682

[August 13, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case Nos. 08-010739CF10A, 10-007742CF10A, and 11-011661CF10A .

Chris Little, Jonesboro, Georgia, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KUNTZ, JJ, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***